**ORIGINAL**

**JUDGE BRIEANT**

PROSKAUER ROSE LLP
Paul Salvatore (PS-1880)
Mark A. Saloman (MS-5764)
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 10306**

- - - - - - - - - - - - - - - - - - - - - - - - - -

LOUIS DRETCHEN,

                      Plaintiff,

        v.

ALLAN PHARMACEUTICAL LLC,

                    Defendant.

:   ___ Civ. _____

: **RULE 7.1 DISCLOSURE STATEMENT**

: **ECF CASE**

- - - - - - - - - - - - - - - - - - - - - - - - - x

2007 NOV 14  AM 05
U.S. DISTRICT COURT
S.D. OF N.Y.
FILED

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification and recusal, the undersigned attorneys of record for the Corporate Defendant, Allan Pharmaceutical LLC, certify that its parent corporation, Allan Holdings, is not a publicly-held corporation and that no publicly-held corporation owns ten percent (10%) or more of its stock.

Dated: New York, New York
       November 14, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

PROSKAUER ROSE LLP

By: _____
    Paul Salvatore (PS-1880)
    Mark A. Saloman (MS-5764)
    1585 Broadway
    New York, New York 10036
    (212) 969-3000
    Attorneys for Defendant