PROSKAUER ROSE LLP
Paul Salvatore
Mark A. Saloman
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LOUIS DRETCHEN,

                        Plaintiff,

            v.

ALLAN PHARMACEUTICAL LLC,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 10306 (CLB)(LMS)

**NOTICE OF FILING OF
NOTICE OF REMOVAL**

**ECF CASE**

TO:    CLERK OF THE COURT
       NEW YORK SUPREME COURT, COUNTY OF ROCKLAND

        PLEASE TAKE NOTICE that on November 14, 2007, pursuant to 28 U.S.C. §§ 1332,

1441, and 1446, Defendant Allan Pharmaceutical LLC ("Defendant") filed a Notice of Removal

with the United States District Court for the Southern District of New York to effect the removal

of the above-captioned action to the United States District Court. Accordingly, no further

proceedings should be had in this matter in the Supreme Court of New York. A copy of

Defendant's Notice of Removal is attached hereto as Exhibit A.

Dated: New York, New York
          November 14, 2007

                                        PROSKAUER ROSE LLP

                                        By: _____
                                              Paul Salvatore
                                              Mark A. Saloman
                                              1585 Broadway
                                              New York, New York 10036
                                              (212) 969-3000
                                              Attorneys for Defendant

To:     Daniel T. Driesen, Esq.
        Sapir & Frumkin LLP
        399 Knollwood Road, Suite 310
        White Plains, New York 10603
        (914) 328-0366
        Attorneys for Plaintiff