UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
LOUIS DRETCHEN,

                                                      AFFIDAVIT OF SERVICE
                  Plaintiff                    2007 cv 10306 (CLB)(LMS)


ALLAN PHARMACEUTICAL, LLC

                  Defendants.

-------------------------------------------------------

      Anthony Lopez, being duly sworn, deposes and states:

    1. I am not a party to this action, am over 18 years of age, and reside in Union County New Jersey.

    2. On November 14, 2007 at approximately 5:45 PM, I served a NOTICE OF FILING OF NOTICE OF REMOVAL, INDIVIDUAL PRACTICES RULES OF MAGISTRATE JUDGE EATON AND OF HON. JUDGE RICHARD M. BERMAN, PROCEDURES FOR ELECTRONIC CASE FILING, 3rd AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL and GUIDELINES FOR ELECTRONIC CASE FILING upon Frank W. Ryan at Nixon Peabody LLP at 437 Madison Ave., New York NY 10022 by personally delivering to and leaving a true copy of the above mentioned documents with Mr. Allen Moore of the Offices Services department at the firm, who stated that he was authorized to accept service of the above mentioned documents.

    3. On November 15, 2007 at approximately 10:00 AM, I served a NOTICE OF FILING OF NOTICE OF REMOVAL, INDIVIDUAL PRACTICES RULES OF MAGISTRATE JUDGE EATON AND OF HON. JUDGE RICHARD M. BERMAN, PROCEDURES FOR ELECTRONIC CASE FILING, 3rd AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL and GUIDELINES FOR ELECTRONIC CASE FILING upon Joan M. Secofsky Esq., of Janvey, Gorrdon, Herlands, Randolph & Cox, LLP at 355 Lexington Ave., New York NY 10017 by personally delivering to and leaving a true copy of the above mentioned documents with Joan M. Secofsky, Esq.

4. Mr. Moore can be described as a black male approximately 5'5" tall, 175 Lbs., 45 years of age with a short haircut.

5. Ms. Secofsky can be described as a white female approximately 5'8" tall, 60-65 years of age, 185 Lbs., with short brown hair and wearing glasses.

--------------------------------------------
Anthony Lopez
Process Server's License #0845031

Sworn to before me this
15th day of November, 2007.

--------------------------------------------
Notary Public

JESUS HERNANDEZ
Notary Public, State of New York
No. 01HE4814466
Qualified in Kings County
Commission Expires Feb. 28, 2011