UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LOUIS DRETCHEN,   07 Civ. 10306 (CLB) (LMS)
**ECF CASE**

     Plaintiff,

- against -

ALLAN PHARMACEUTICAL LLC,   **DEMAND FOR JURY TRIAL**

     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  **PLEASE TAKE NOTICE** that, pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff, Louis Dretchen, hereby demands a trial by jury for all claims set forth in his Complaint.

Dated: White Plains, New York
    November 21, 2007

           **SAPIR & FRUMKIN LLP**

           By: /s/ Daniel T. Driesen
            Daniel T. Driesen, Esq. (DD 3201)
            Attorneys for Plaintiff
            399 Knollwood Road, Suite 310
            White Plains, New York 10603
            (914) 328-0366

F:\APPLICAT\WP\Dretchen\Allan Pharmaceutical\Jury Demand.ECF.11.07.wpd\rlh