UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   AFFIDAVIT OF SERVICE
LOUIS DRETCHEN                                                  07 Civ. 10306
                    Plaintiff,

   - against -

ALLAN PHARMACEUTICAL, LLC
                    Defendant.
------------------------------------------------------------X
STATE OF NEW YORK    )
                                ) ss.:
QUEENS COUNTY       )

      Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

      On November 14, 2007, at approximately 3:44 p.m., at 1 South Main Street, New City, 10956, Deponent served the within Notice of Filing of Notice of Removal upon: Clerk of the Court, New York Supreme Court, County of Rockland, by delivering to and leaving with Helen "Doe", Deputy Clerk, who would not give her last name, a true and correct copy of said document. At the time of said service, Helen, stated that she is duly authorized to accept service of legal documents on behalf of Clerk of the Court, New York Supreme Court, County of Rockland and acknowledged service by file-stamping a copy of said documents.

      Helen" Doe" is described a white female, approximately 46-55 yrs. of age, 131-160 lbs ,5'4"-5'8"tall, with black hair .

                                                                        Andrew Bartley

Sworn to before me this
November 20, 2007

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York Cty
Commission Expires November 17, 2009