UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    AFFIDAVIT OF SERVICE
LOUIS DRETCHEN                                                    07 Civ. 10306
                              Plaintiff,

     - against -

ALLAN PHARMACEUTICAL, LLC
                              Defendant.
------------------------------------------------------------X
STATE OF NEW YORK    )
                                 ) ss.:
QUEENS COUNTY        )

      Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

      On November 14, 2007, at approximately 4:25 p.m., at 399 Knollwood Road, Suite 310, White Plains, NY 10603, Deponent served the within Notice of Filing of Notice of Removal with attachments and the Individual Practices of Judge Charles L. Brieantant, the Individual Practices of Magistrate Judge Lisa M. Smith, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Consent to Exercise of Jurisdiction, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, 3rd Amended Instructions for Filing an Electronic Case or Appeal upon: **Daniel T. Driesen Esq.** of Sapir and Frumkin LLP, by delivering to and leaving with Rachel Horton, Paralegal, a true and correct copy of said documents. At the time of said service, Rachel Horton, stated that she is duly authorized to accept service of legal documents on behalf of Daniel T. Driesen Esq. of Sapir and Frumkin LLP.

      Rachel Horton is described a white female, approximately 34-38 yrs. of age, 165-175 lbs., 5-5'-2" tall, with black hair.

                                                     _____
                                                        Andrew Bartley

Sworn to before me this
November 28, 2007

_____
      Notary Public

          Karlene S. Jackson, Notary Public
            State of New York, #01JA5083169
             Qual. in Queens Cty; New York Cty
          Commission Expires November 17, 2009