# SAPIR & FRUMKIN LLP

ATTORNEYS AT LAW

399 KNOLLWOOD ROAD, SUITE 310

WHITE PLAINS, NEW YORK 10603

WRITER'S E-MAIL: DDriesen@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN
KATHRYN E. WHITE**
EMILY A. ROSCIA
CRISTINA A. FAHRBACH**
WILLIAM F. CUSACK III

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

November 26, 2007

*Via Facsimile and Regular Mail*
*Facsimile No. (914) 390-4085*

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *Louis Dretchen v. Allan Pharmaceutical LLC*
       07 Civ. 10306 (CLB) (LMS)
       Our File No. 07-7842

Dear Judge Brieant:

  We represent Louis Dretchen in the above-referenced matter. With the Court's approval, the parties have agreed that plaintiff's time to serve papers in opposition to Defendant's Motion to Transfer Venue shall be extended to December 13, 2007. This extension will not effect the return date of the motion, January 4, 2008.

  Thank you for your consideration of this matter.

Respectfully,

Daniel T. Driesen

DTD:aa

cc: Mark A. Saloman, Esq. (via facsimile only)
   Mr. Louis Dretchen (via regular mail)

F:\APPLICAT\WP\Dretchen\Allan Pharmaceutical\Letters\L-USDJ Brieant 11.26.07.wpd\dp