# SAPIR & FRUMKIN LLP
ATTORNEYS AT LAW
399 KNOLLWOOD ROAD, SUITE 310
WHITE PLAINS, NEW YORK 10603
WRITER'S E-MAIL: DDriesen@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN
KATHRYN E. WHITE**
EMILY A. ROSCIA
CRISTINA A. FAHRBACH**
WILLIAM F. CUSACK III

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

November 26, 2007

_Via Facsimile and Regular Mail_
Facsimile No. (914) 390-4085

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

MEMO ENDORSED
Application Granted
So Ordered
11-27-07
[signature] USDJ

Re:   Louis Dretchen v. Allan Pharmaceutical LLC
      07 Civ. 10306 (CLB) (LMS)
      Our File No. 07-7842

Dear Judge Brieant:

We represent Louis Dretchen in the above-referenced matter. With the Court's approval, the parties have agreed that plaintiff's time to serve papers in opposition to Defendant's Motion to Transfer Venue shall be extended to December 13, 2007. This extension will not effect the return date of the motion, January 4, 2008.

Thank you for your consideration of this matter.

Respectfully,

Daniel T. Driesen

DTD:aa

cc:   Mark A. Saloman, Esq. (via facsimile only)
      Mr. Louis Dretchen (via regular mail)

F:\APPLICAT\WP\Dretchen\Allan Pharmaceutical\Letters\L-USDJ Brieant.11.26.07.wpd\dp