## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
COUNTY OF WESTCHESTER    )ss.:

       RACHEL L. HORTON, being duly sworn, deposes and states as follows:

       That deponent is not a party to this action, is over 18 years of age and resides at Hopewell Junction, New York.  On the 13th day of December, 2007, your deponent served the within PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE upon:

> Mark A. Saloman, Esq.
> Proskauer Rose LLP
> 1585 Broadway
> New York, New York 10036
> Attorney for Defendant

the address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a post-paid wrapper, by first class mail, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
Rachel L. Horton

Sworn to before me this
13th day of December, 2007.

_____
Notary Public

DANIEL T. DRIESEN
Notary Public State of New York
No. 02DR6091375
Qualified in Westchester County
Commission Expires April 28, 20 __