PROSKAUER ROSE LLP
Paul Salvatore (PS-1880)
Mark A. Saloman (MS-5764)
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendant
*Allan Pharmaceutical LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------x

LOUIS DRETCHEN,

        Plaintiff,

    v.

ALLAN PHARMACEUTICAL LLC,

        Defendant.

---------------------------------x

07 Civ. 10306 (CLB) (LMS)

**DECLARATION OF SAMUEL D. SIRKIN**

ECF CASE

**I, Samuel D. Sirkin**, hereby certify and declare as follows:

1.    I am a former Vice President of Sales & Marketing of Perrigo Company, a Michigan-based developer, manufacturer, and distributer of over-the-counter and prescription pharmaceuticals. Based upon my personal knowledge and understanding, I am competent to attest to the matters within this Declaration.

2.    In or around early 2005, I introduced Louis Dretchen to my brother Neil because I thought Mr. Dretchen might be a good fit within Allan Pharmaceutical.

3.    I was present at an introductory meeting with Mr. Dretchen and Neil Sirkin at the Morton's Steakhouse in Stamford, Connecticut. During our meeting, Dretchen was informed that Allan Pharmaceutical planned to establish a research and development/sales office

somewhere in Pennsylvania but the majority of his sales support functions would be based in Mississippi.

4. I did not recruit or interview Mr. Dretchen for a job with Allan Pharmaceutical. I did not offer him a position or participate in his hire, supervision, or the decision to terminate his employment.

5. I never met with Mr. Dretchen in New York.

6. When I introduced Mr. Dretchen to my brother, I had absolutely no idea that Mr. Dretchen was a convicted felon or that he was not a registered pharmacist.

7. Although I frankly do not know why Mr. Dretchen believes that he needs me for his lawsuit, I am readily available in Mississippi to participate in the case if either party so requires.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated at Southbury, Connecticut
this 8th day of January, 2008.

By: _____
SAMUEL D. SIRKIN

PROSKAUER ROSE LLP
Paul Salvatore (PS-1880)
Mark A. Saloman (MS-5764)
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendant
*Allan Pharmaceutical LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------- x

LOUIS DRETCHEN,   :   07 Civ. 10306 (CLB) (LMS)
:
Plaintiff,   :
:   **CERTIFICATION OF VERIFIED**
v.   :   **FACSIMILE SIGNATURE**
:
ALLAN PHARMACEUTICAL LLC,   :
:   **ECF CASE**
Defendant.   :
:
------------------------------- x

The undersigned hereby certifies that the signatory of the annexed document personally acknowledged the genuineness of the signature as true and exact. The original document or a copy with an original signature affixed will be forwarded for filing if requested by the Court or any party hereto.

                                      Respectfully submitted,

By:   *s/Mark A. Saloman*
PROSKAUER ROSE LLP
Paul Salvatore (PS-1880)
Mark A. Saloman (MS-5764)
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant*
Allan Pharmaceutical LLC

Dated: January 8, 2008