PROSKAUER ROSE LLP
Paul Salvatore (PS-1880)
Mark A. Saloman (MS-5764)
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendant
*Allan Pharmaceutical LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
LOUIS DRETCHEN,

                  Plaintiff,

         v.

ALLAN PHARMACEUTICAL LLC,

                  Defendant.
------------------------------------- x

07 Civ. 10306 (CLB) (LMS)

**CERTIFICATE OF SERVICE**

**ECF CASE**

    I hereby certify that the foregoing documents: Reply Memorandum of Law In Support of Defendant's Motion to Transfer Venue; Declaration of Raju V.K. Vegesna; Declaration of Samuel D. Sirkin; and Supplemental Declaration of Joseph Donovan have been served by ECF only, this date upon:

                  Daniel Todd Driesen, Esq.
                  Sapir & Frumkin LLP
                  399 Knollwood Road, Suite 310
                  White Plains, New York  10603
                  *Attorney for Plaintiff*  Louis Dretchen

                  /s/ Mark A. Saloman

Dated: January 10, 2008